**Gloria HENNECKE, Respondent,**

v.

**Robert C. HENNECKE, Appellant.**

**No. 61598.**

Missouri Court of Appeals, Eastern District, Division One.

March 16, 1993.

Joseph L. Racine, St. Louis, for appellant.

Howard A. Wittner, Ramona L. Marten, Clayton, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Husband appeals the trial court's division of property in his dissolution proceeding and the trial court's award of $1,000 per month maintenance for life to Wife. We affirm per Rule 84.16(b). The decision of the trial court is supported by substantial evidence and no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only.